```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
                                                                :
UNITED STATES OF AMERICA,                                       :
                                                                :    19-CR-049-2 (JMF)
                      -v-                                       :
                                                                :           ORDER
JUAN CARLOS CAMILO-POLANCO,                                     :
                                      Defendant.                :
                                                                :
---------------------------------------------------------------X
```

JESSE M. FURMAN, United States District Judge:

    On March 26, 2021, the Government submitted a letter in connection with Defendant's motion for compassionate release — which is now fully submitted — noting that "the case agent [had] sent a detainer for a different individual with a similar name" and that, in fact, "[t]here is no current ICE detainer for the defendant." ECF No. 54.  No later than **April 22, 2021**, the Government shall file a letter explaining why, given Defendants' history, there is no immigration detainer in effect and, if there still is not, whether ICE plans to enter one.  In its letter, the Government shall also disclose whether the Defendant has received a COVID-19 vaccine and, if not, whether or when the Defendant will be eligible for one.

    The Clerk of Court is directed to mail a copy of this Order to Defendant at the following address:

Juan Carlos Camilo Polanco  
BOP: 45434054, MVCC  
555 GEO Drive  
Philipsburg, PA, 16866  

SO ORDERED.

Dated:  April 20, 2021  
        New York, New York

                                                          JESSE M. FURMAN  
                                                          United States District Judge