UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
:
UNITED STATES OF AMERICA,                              :
:                    19-CR-049-2 (JMF)
-v-                                                    :
:                    ORDER
JUAN CARLOS CAMILO-POLANCO,                            :
:
                                    Defendant.         :
:
-----------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      On February 15, 2022, Defendant Juan Carlos Camilo-Polanco filed a motion for compassionate release pursuant to 18 USC § 3582. *See* ECF No. 60. It is hereby ORDERED that the Government shall file any opposition to that motion by **March 1, 2022**. Defendant's reply, if any, shall be filed by **March 15, 2022**. The Clerk of Court is directed to mail a copy of this Order to:

Juan Carlos Camilo-Polanco
Fed. Reg. No. 45434-054
FCI Gilmer
PO Box 6000
Glenville, WV 26351

SO ORDERED.

Dated: February 15, 2022
       New York, New York
                                        JESSE M. FURMAN
                                       United States District Judge