UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
    :
UNITED STATES OF AMERICA,    :
    :    19-CR-049-2 (JMF)
    -v-    :
    :    ORDER
JUAN CARLOS CAMILO-POLANCO,    :
    :
    Defendant.    :
    :
------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

    On February 15, 2022, Defendant Juan Carlos Camilo-Polanco, proceeding without counsel, filed a motion for compassionate release.  *See* ECF No. 60.  Upon review of the motion papers, the Court DENIES the motion, substantially for the reasons set forth in the Government's opposition.  *See* ECF No. 62.[1]  The Clerk of Court is directed to terminate ECF No. 62 and to mail a copy of this Order to:

> Juan Carlos Camilo-Polanco
> BOP: 45434054
> FCI Gilmer
> P.O. Box 6000
> Glenville, WV  26351

SO ORDERED.

Dated: March 30, 2022
       New York, New York

                                                JESSE M. FURMAN
                                              United States District Judge

---

[1] The Government's request to file Exhibit A to its submission under seal is granted.