UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------X
                                     :

UNITED STATES OF AMERICA           :
                                       :

          -v-                           :         19-CR-049-2 (JMF)
                                         :

JUAN CARLOS CAMILO-POLANCO,     :       MEMORANDUM OPINION
                                       :           AND ORDER
                    Defendant.          :
                                       :

---------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

On February 15, 2023, the Court received the attached motion from Defendant, dated January 29, 2023, requesting appointment of counsel to file a motion for compassionate release. It is well established that a defendant "has no right to the assistance of counsel in filing a motion for compassionate release." *United States v. Fleming*, 5 F.4th 189, 193 (2d Cir. 2021). Instead, the appointment of counsel "rests in the Court's sole discretion," *id.* at 194 (citing 18 U.S.C. § 3006A(a)(2)), "and such discretion turns, in large part, on the merits of a movant's claim," *United States v. Diaz*, No. 16-CR-719 (RJS), 2022 WL 3020145, at *4 (S.D.N.Y. July 28, 2022) (Sullivan, J.) (citing *Hodge v. Police Officers*, 802 F.2d 58, 60 (2d Cir. 1986)). Defendant in this case already filed not one, but two motions for compassionate release, based on some of the very same reasons cited in Defendant's request for counsel. *See* ECF Nos. 52, 60. The Court denied both. *See* ECF Nos. 57, 64. Given that record, the Court is not persuaded that appointment of counsel would be appropriate and Defendant's request is DENIED.

The Clerk of Court is directed to mail this Order to:

         Juan Carlos Camilo Polanco
         Register No. 45434-054
         FCI Gilmer
         Federal Correctional Institution
         P.O. BOX 6000
         Glenville, WV  26351

         SO ORDERED.

Dated: February 17, 2023
       New York, New York

                                       JESSE M. FURMAN
                                   United States District Judge

JUAN C. CAMILO POLANCO          1-29-23
45434-054
FCI GILMER
PO BOX 6000
GLENVILLE, WV 26351

DEAR: HONORABLE FURMAN

IM ASKING THE COURT FOR A
APPOINTED OF A COUNSEL TO FILE
A COMMPASION RELAESE UNDER
THE FIRST STEP ACT 2018

IM SUFERING FOR ALOT MEDICAL

ISSUES INCLUDING, DIABETIS, HIGH
COLESTEROL, HYPERTENSION, ARTRITIS
CHEST PAIN, HEART PROBLEN LUNGS
PROBLEMS DEPRESION STRESS.

IM VERY LIMITED TO DO ANYTHING
SINCE I BEARLY KNOW INGLIS HAVE
TROUBLE TO READ OR WRITE IT
HAVE TO DEPEND THE HELP FROM OTHERS
INMATED.

SINCERE/X

X _____ CAMILO POLANCO
45434-054

JUAN C
45434054
Fci Gilmor
Po Box 6000
Glenville wv 26351

United State Court
Att Hon Jesse m. Furman
500 Pearl street
NY NY 10009

USM. SDNY